# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

JESSIE SUNIGA,

      Plaintiff,

v.                                                                      Civ. No. 21cv15 JB/GJF

CURRY COUNTY ADULT DETENTION
CENTER & MARK GALLEGOS,

      Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte* in connection with Jessie Suniga's Amended Civil Rights Complaint. (Doc. 6).

When Plaintiff commenced this lawsuit, he was incarcerated in the Curry County Detention Center. (Doc. 1). Subsequently he was transferred to the Penitentiary of New Mexico. (Doc. entry 7/7/2021). He has since been released and apparently is now living at a residential address. (Docs. 6, 11). Despite his obligation to do so, Plaintiff has never provided the Court with an updated address. *See* D.N.M.LR-Civ. 83.6 (*Pro se* parties have "a continuing duty to notify the Clerk, in writing, of any change in their mailing address."). Rather, throughout the course of this case, the Court has independently discovered Plaintiff's whereabouts by searching the New Mexico Corrections Department website and by relying on the forwarding address provided by the United States Postal Service (USPS). This approach is untenable, however, as it is unclear where Plaintiff receives mail (as the residential address listed by Plaintiff on his Amended Complaint is different from the residential address provided by the USPS). *Compare* Doc. 6, *with* Doc. 11. And it is improper because, by failing to comply with his duty under Local Rule 83.6, Plaintiff has placed the burden of tracking him down upon the Court. *See Brandenburg v. Beaman*, 632 F.2d

120, 122 (10th Cir. 1980) (plaintiff's *pro se* status does not relieve him of the obligation to follow local rules).

Consistent with Local Rule 83.6, Plaintiff is required to notify the Court in writing of his address within thirty days of the entry of this order. Failure to do so may result in dismissal of this action without further notice.

**IT IS HEREBY ORDERED** that Plaintiff must notify the Court in writing of his address within thirty days of the entry of this order or show cause in writing why this proceeding should not be dismissed. Failure to timely comply with this Order may result in dismissal without further notice.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE